In the Matter of the Claim of ELIZABETH SLATTERY, Respondent, against THE BOARD OF TRANSPORTATION and THE CITY OF NEW YORK, Insurers, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of HENRY A. WEIHER, Respondent, for a Mandamus Order against FREDERICK STUART GREENE, Superintendent of Public Works of the State of New York, and Others, Appellants.— Motion to dismiss appeal granted, unless appellants perfect appeal, file and serve printed record on appeal, and brief, and are ready for argument at the present term, in which event the motion is denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of WILLIAM E. WALKER for an Order of Certiorari Directed to the BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK in the Matter of the Revocation of the Dental License of the Said WILLIAM E. WALKER.— Motion to dismiss granted, unless return and petitioner's brief are printed and filed, and petitioner is ready for argument at the January term, in which event the motion is denied. The stay is continued. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

EVA STUPELL, Landlord, Appellant, v. ADOLPH GREEN, Tenant, Respondent, and ROCKWOOD CATERING Co., INC., Undertenant, Respondent.— Motion granted; respondent stayed until costs of former appeal are paid, with ten dollars costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

EDWARD F. COHEN, Respondent, v. JONATHAN LEVI COMPANY, INC., Appellant. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

HARRY M. SCHAFFER, Respondent, v. CITY BANK FARMERS TRUST COMPANY, Appellant, and Another.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

CALEDONIAN-AMERICAN INSURANCE COMPANY OF NEW YORK, Respondent, v. WILLIAM W. BENSEN and EDGAR G. LUBY, Individually, and Doing Business as a Copartnership under the Firm Name and Style of " BENSEN & LUBY," Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

SULLIVAN COUNTY TRUST COMPANY, Respondent, v. MONGAUP VALLEY COMPANY, INC., and Another, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

NASSAU FACTORS CORPORATION, Appellant, v. " ROBERT " C. VEDDER, First Name " Robert " Fictitious, Party Intended Doing Business under the Name of R. C. VEDDER, at Montour Falls, N. Y., Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.